E-filing

1  DAVID A. ROSENFELD, Bar No. 058163
   CAREN P. SENCER, Bar No. 233488
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
   Attorneys for Petitioner
6  Teamsters Local 856

7
   EDWARD P LYNCH [PRO HAC VICE]
8  PITNEY HARDIN LLP
   P.O. BOX 1945
9  Morristown, New Jersey 07962-1945
   Telephone 973.966.8020
10 Fax 973.966.1015

11 W. DANIEL CLINTON, Bar No. 053306
   SARAH D. MOTT, Bar No. 148597
12 HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   333 Market Street, 21st Floor
13 San Francisco, California 94105-2173
   Telephone 415.777.3200
14 Fax 415.541.9366

15 Attorneys for Respondent
   United Parcel Service, Inc.
16

FILED
JUL 2 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17
18                    UNITED STATES DISTRICT COURT
19                   NORTHERN DISTRICT OF CALIFORNIA
20

21 INTERNATIONAL BROTHERHOOD OF        ) No.   C 05-01506 MJJ
   TEAMSTERS, LOCAL NO. 856,           )
22                                     ) STIPULATION AND AGREEMENT FOR
              Petitioner,              ) DISMISSAL WITH PREJUDICE
23                                     )
        v.                             )
24                                     )
   UNITED PARCEL SERVICE, INC.         )
25                                     )
              Respondent.              )
26 _____ )

27                        **STIPULATION AND AGREEMENT**

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation for Dismissal
109679/390324

1  IT IS HEREBY STIPULATED by the parties to this action, by and through their counsel of
2  record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to
3  Federal Rule of Civil Procedure 41(a)(1).

Dated: July 21, 2005

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

                By: _____//S//_____
                     DAVID A. ROSENFELD
                     Attorneys for Petitioner
                     Teamsters Local 856

Dated: July 21, 2005

                HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

                By: _____//S//_____
                     W. DANIEL CLINTON
                     Attorneys for Respondent
                     United Parcel Service

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

7/22/05
DATE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation for Dismissal
109679/390324